# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP WHITE,** <br> Petitioner, <br> vs. <br> **ERIC ARNOLD,** <br> Respondent. | CASE NO. 17-cv-06507-YGR <br><br> **JUDGMENT** <br> Re: Dkt. No. 19 |

Pursuant to the Order denying the petition for writ of habeas corpus entered May 20, 2019 (Dkt. No. 19), judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of the petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 20, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**